**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN ARIAS (1),<br><br>Defendant. | Case No. 25cr2657-RSH<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO DISMISS THE INFORMATION (DKT. NO. 29) AS TO MARTIN ARIAS WITHOUT PREJUDICE** |

IT IS HEREBY ORDERED that the United States' motion seeking leave to dismiss the Information (Dkt. No. 29) as to Martin Arias without prejudice pursuant to Federal Rule of Criminal Procedure 48(a) is granted.

IT IS SO ORDERED.

DATED: June 24, 2026

_Robert S Huie_
_____
HON. ROBERT S. HUIE
UNITED STATES DISTRICT COURT